# Exhibit 2

## PAYMENT BOND

The Hanover Insurance Company
440 Lincoln St.
Worcester, MA 01653

Bond No. BLS1067725

KNOW ALL MEN BY THESE PRESENTS, That the undersigned BlueRock Energy, Inc., of 125 East Jefferson Street, Syracuse, NY 13202 hereinafter referred to as the Principal, and The Hanover Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire as Surety, are held and firmly bound unto the State of Connecticut Public Utilities Regulatory Authority as Obligee, in the sum of $250,000.00, lawful money of the United States of America for the payment of which sum, well and truly to be made, we bind ourselves, our executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has been licensed pursuant to section 16-245 of the Connecticut General Statutes as a Connecticut electric supplier.

Upon notice from Obligee of Principal's nonperformance of its duties as a Connecticut electric supplier, or Principal's fraud or other violations of the laws, decisions and orders applicable to Principal's electric supplier license, Surety shall immediately pay to Obligee the amount specified by Obligee, not to exceed the amount of this bond. Surety shall also be responsible for all reasonable fees and costs, including but not limited to reasonable attorneys' fees, incurred by Obligee to enforce this instrument and collect any amounts owed to Obligee hereunder.

The Surety hereby waives notice of any alteration or extension of time made by the Obligee. This instrument shall be a continuing, absolute, unconditional and irrevocable obligation of Surety.

Any suit on this bond must be instituted before the expiration of two (2) years from the date on which the Principal's obligations arising under its Connecticut electric supplier license expire.

This instrument shall be effective upon execution and shall continue in effect until terminated by the Obligee or Surety upon thirty (30) days prior written notice to the non-terminating party.

SIGNED, SEALED AND DATED this 3rd day of April, 2018.

BlueRock Energy, Inc.

By: _____

The Hanover Insurance Company

By: _____

Erin Morrisseau, Attorney-in-Fact