UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | |
|---|---|
| HANOVER INSURANCE CO. : | |
| : | |
| Plaintiff : | |
| : | CASE NO. 3:20-cv-00776-KAD |
| v. : | |
| : | |
| BLUEROCK ENERGY, INC. : | |
| :                              : | |
| Defendant : | SEPTEMBER 28, 2020 |

_____

## PLAINTIFF'S MOTION FOR THE ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BLUEROCK ENERGY, INC.

Pursuant to Rule 55(b) of Federal Rules of Civil Procedure, Plaintiff Hanover Insurance Company ("Surety") respectfully moves for the entry of judgment by default against Defendant BlueRock Energy, Inc. ("Defendant") in the amount of $253,876.90 based upon Defendant's failure to timely plead to the operative Complaint and the Court's entry of Default against Defendant on September 17, 2020. Doc. # 16. The rationale for this Motion is set out in an accompanying memorandum of law and supporting affidavit and exhibits.

For the reasons set out in Plaintiff's memorandum of law and supporting affidavit and exhibits, Plaintiff moves the Court to enter a default judgment against Defendant in the amount of $253,876.90.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

PLAINTIFF
HANOVER INSURANCE CO.

/s/ Matthew M. Horowitz
Matthew M. Horowitz (ct 01747)
Wolf, Horowitz & Etlinger, LLC
750 Main Street, Suite 606
Hartford, CT 06103
PH:  (860) 724-6667
FX:  (860) 293-1979
Email: mhorowitz@wolfhorowitz.com
Juris No. 402488

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, a copy of the foregoing "*Plaintiff's Motion for Entry of Default Judgment Against Defendant BlueRock Energy Inc.*"  was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Matthew M. Horowitz – ct01747*
Matthew M. Horowitz
Email:mhorowitz@wolfhorowitz.com

214285