UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| HANOVER INSURANCE CO. | : |
| | : |
| Plaintiff | : |
| | : |
| | : CASE NO. 3:20-cv-00776-DJS |
| KAD | |
| v. | : |
| | : |
| BLUEROCK ENERGY, INC. | : |
| : | : |
| Defendant | : September 23, 2020 |

---

### *AFFIDAVIT*

Brian Lebrun, being duly sworn, deposes and says:

1. I have first-hand knowledge of the facts set out below, I am above the age of eighteen years, and I understand and believe in the obligations of an oath.

2. I am employed as Senior Bond Claims Representative for Hanover Insurance Company ("Surety").

3. I am responsible for the administration, investigation, evaluation and resolution of claims and exposures regarding a surety bond issued by the Surety to BlueRock Energy, Inc. ("Defendant").

4. I submit this affidavit in support of the Surety's Motion for Default Judgment against Defendant.

5. The Surety is incorporated in the State of New Hampshire and has its principal place of business in the Commonwealth of Massachusetts. The Surety is authorized to write surety bonds in the State of Connecticut.

6. Defendant is incorporated in the State of Delaware and has its principal place of business in New York. On information and belief, Defendant has operated as an energy supplier in Connecticut.

7. On or about March 30, 2018, Defendant executed a Multi-Purpose Bond Application ("Application") in favor of the Surety. A true copy of the Application is attached hereto as **Exhibit 1**.

8. Through the Application, Defendant requested that the Surety issue a bond on its behalf naming as obligee the State of Connecticut Department of Energy and Environmental Protection Public Utilities Regulatory Authority.

9. The Application states, in part, that in the event that the requested bond was issued, Defendant agreed:

> ...to completely INDEMNIFY the Surety from and against any and all liabilities, losses, costs, attorney's fees, and expenses whatsoever which the Surety shall at any time sustain as surety on this bond or any other bond issued on behalf of the Applicant, or the enforcement of this agreement of indemnity....

10. The Application further states, in part, that Defendant agreed:

> That the Surety shall have the right to adjust, settle, or compromise any claim, demand, suit, or judgment upon any bond issued on behalf of the Applicant, and the Surety's decision shall be final and conclusive as to the fact and extent of the liability of the undersigned....

11. The Application further states, in part, that Defendant agreed:

> .... upon demand by the Surety, to deposit current funds with the Surety in an amount sufficient to satisfy any claim against the Surety, whether liquidated or not liquidated, that in the Surety's sole discretion is necessary to hold the Surety harmless from any potential loss, cost, or any other expense....

12. Prior to executing the Application attached as Exhibit 1, Defendant had previously executed a Multi-Purpose Bond Application running in favor of the Surety in which it agreed to indemnify the Surety for losses incurred on any bond issued by the Surety on behalf of Defendant and post collateral security in regard to claims on any such bond(s).

13. In reliance on Defendant agreeing to the terms set out in the Application, the Surety issued Bond No. BLS1067725 ("the Bond") to Principal with a penal sum of $250,000, naming as obligee the State of Connecticut Public Utilities Regulatory Authority ("PURA"). The Bond states, in part, that the Surety would be obligated to PURA in the event of "…Principal's nonperformance of its duties as a Connecticut electric supplier, or Principal's fraud or other violations of the laws, decisions, and orders applicable to Principal's electric supplier license." A true copy of the Bond is attached hereto as Exhibit 2.

14. Through a letter to Defendant dated February 18, 2020, PURA alleged that Defendant was delinquent in alternative compliance payments under Connecticut's renewable portfolio standards for the years 2017 and 2018 in an amount in excess of $4,584,609.00.

15. Through a letter to the Surety dated March 20, 2020, PURA alleged that Defendant had breached its obligations to make alternative compliance payments under Connecticut's renewable portfolio standards in the amount of $ 4,584,609.00. On this basis, PURA asserted a claim on the Bond in the amount of its penal sum- $250,000.

16. The Surety requested that Defendant disclose its defenses to the PURA claim.

17. Defendant failed to respond to the Surety's request that Defendant disclose its defenses to the PURA claim.

18. In a letter dated April 28, 2020, the Surety made demand on Defendant under the Application to post collateral security in the amount of $250,000.

19. Defendant failed and refused to post collateral security in violation of its contractual obligations under the Application,

20. On or about June 19, 2020, the Surety paid the PURA claim in the amount of $250,000 and received, in consideration of the payment, a full and final release of PURA's rights under the Bond and an assignment of PURA's rights against the Principal. *See* Exhibit 3, attached.

21. As reflected in the itemized invoices attached hereto as Exhibit 4, the Surety has incurred costs and attorney's fees as a result of the PURA claim and the litigation of this suit in the amount of $ 3,876.90 through September 18, 2020. These fees and costs were in fact incurred and were reasonably incurred.

22. The Surety is entitled to be granted default judgment against Defendant in the amount of $ 253,876.90

23. I swear under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

Dated: 9-23-20

Brian Lebrun

4

Subscribed and sworn to
before me this 23rd day
of September, 2020.



Notary Public

JODI CARLSTROM
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
October 7, 2022

PLAINTIFF
HANOVER INSURANCE CO.

/s/ Matthew M. Horowitz
Matthew M. Horowitz (ct 01747)
Wolf, Horowitz & Etlinger, LLC
750 Main Street, Suite 606
Hartford, CT 06103
PH:  (860) 724-6667
FX:  (860) 293-1979
Email: mhorowitz@wolfhorowitz.com
Juris No. 402488

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, a copy of the foregoing "*Affidavit.*" was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Matthew M. Horowitz – ct01747
Matthew M. Horowitz
Email:mhorowitz@wolfhorowitz.com

# Exhibit 1

# The Hanover Insurance Group®

## Multi-Purpose Bond Application

Agency Name _____    Agency Code _____
City _____    State _____    ZIP _____

| BOND TYPE/DESCRIPTION (Provide any special bond form required by Obligee) | BOND AMOUNT |
|---|---|
| Surety Bond | $ 250,000 |

| APPLICANT NAME, FULL ADDRESS & EMAIL ADDRESS (Name exactly as it appears on your license and/or will appear on your bond) | FEIN/SSN |
|---|---|
| BlueRock Energy, Inc. | 20-3673853 |
| 125 East Jefferson Street, Syracuse, N.Y. 13202 Email Address: jklaben@bluerockenergy.com | PHONE NUMBER (315) 432-4128 |

| INDEMNITOR'S NAME & FULL ADDRESS | DATE OF BIRTH |
|---|---|
| BlueRock Energy Holdings, Inc., 125 East Jefferson Street, Syracuse, New York 13202 | |
| OBLIGEE'S NAME & FULL ADDRESS (Entity requiring the bond) State of Connecticut Department of Energy and Environmental Public Utilities Regulatory Authority, 10 Franklin Square, New Britain CT 06051 | EFFECTIVE DATE 4/2/18 |

HAS APPLICANT, BUSINESS OWNER OR INDEMNITOR EVER: (Please provide an explanation for any "Yes" answers)

☐ Yes ☑ No  Had any lawsuits, judgments, liens, or claims against them or filed bankruptcy? _____
☐ Yes ☑ No  Had a bond cancelled, renewal refused or claims paid by a surety company? _____
☐ Yes ☑ No  Been convicted of fraud or a felony? _____
☐ Yes ☑ No  Had a business-related license suspended or revoked, or currently have open claims
or complaints against your license, in this or any other state? _____

The undersigned applicant and indemnitors (hereinafter the "Indemnitors") hereby request The Hanover Insurance Company or any of its affiliates or subsidiaries (hereinafter "Surety") to issue the above bond. The undersigned hereby certify the truth of all statements in the application and any attachments thereto, which are made a part of the Application and jointly and severally agree:

1) to pay the premiums due, for the current bond and any continuation or renewals;

2) to completely INDEMNIFY the Surety from and against any and all liabilities, losses, costs, attorneys' fees, and expenses whatsoever which the Surety shall at any time sustain as surety on this bond or any other bond issued on behalf of the Applicant, or for the enforcement of this agreement of indemnity;

3) that the Surety shall, without notice, have the right to amend the penalty terms and conditions of any bond issued to the Applicant and this agreement of indemnity shall apply to any such amended bond;

4) that the Surety shall have the right to adjust, settle or compromise any claim, demand suit or judgment upon any bond issued on behalf of the Applicant, and the Surety's decision shall be final and conclusive as to the fact and extent of the liability of the undersigned;

5) upon demand by the Surety, to deposit current funds with the Surety in amount sufficient to satisfy any claim against the Surety, whether liquidated or not liquidated, that in the Surety's sole discretion is necessary to hold the Surety harmless from any potential loss, cost, or any other expense;

6) that if said bond is cancelable, this agreement of indemnity may be terminated as to subsequent liability, upon written notice to the Surety and with written confirmation from the Surety stating when such termination will take effect.

Indemnitor(s) hereby expressly authorize the Surety to access its/their credit records and to make such pertinent inquiries as may be necessary from third party sources for the following purposes: (a) To verify information supplied; (b) For underwriting purposes; and (c) Upon receipt of a notice of claim or potential claim, for debt collection. The Surety may furnish copies of any and all statements, agreements, and financial statements and any information, which it now has or may hereafter obtain concerning each of the Indemnitors, to other persons or companies for the purpose of procuring cosuretyship or reinsurance.

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act and may be subject to civil and/or criminal penalty(ies).

A facsimile signature of this document shall be deemed an original signature for any and all purposes.

IN TESTIMONY WHEREOF, the undersigned have hereto set their hands and seal this ___ day of ___March___, 2018.

Name of Applicant (please print) _Philip Van Horne, CEO, BlueRock Energy Inc._ (Seal)

By _____    Witness _____
(Business/Corporate Signature and Printed Title)

By _____ SS# _____    Witness _____
(Personal Signature as Indemnitor)

By _____ SS# _____    Witness _____
(Personal Signature as Indemnitor)

The Hanover Insurance Company | 440 Lincoln Street, Worcester, MA 01653
Citizens Insurance Company of America | 808 North Highlander Way, Howell, MI 48843
Massachusetts Bay Insurance Company | 440 Lincoln Street, Worcester, MA 01653
1-800-799-6380 ext. 8

*more*



hanover.com

141-0760 (10/15) Page 1 of 4

Exhibit 2

## PAYMENT BOND

The Hanover Insurance Company
440 Lincoln St.
Worcester, MA 01653

Bond No.  BLS1067725

KNOW ALL MEN BY THESE PRESENTS, That the undersigned BlueRock Energy, Inc., of 125 East Jefferson Street, Syracuse, NY 13202 hereinafter referred to as the Principal, and The Hanover Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire as Surety, are held and firmly bound unto the State of Connecticut Public Utilities Regulatory Authority as Obligee, in the sum of $250,000.00, lawful money of the United States of America for the payment of which sum, well and truly to be made, we bind ourselves, our executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal has been licensed pursuant to section 16-245 of the Connecticut General Statutes as a Connecticut electric supplier.

Upon notice from Obligee of Principal's nonperformance of its duties as a Connecticut electric supplier, or Principal's fraud or other violations of the laws, decisions and orders applicable to Principal's electric supplier license, Surety shall immediately pay to Obligee the amount specified by Obligee, not to exceed the amount of this bond. Surety shall also be responsible for all reasonable fees and costs, including but not limited to reasonable attorneys' fees, incurred by Obligee to enforce this instrument and collect any amounts owed to Obligee hereunder.

The Surety hereby waives notice of any alteration or extension of time made by the Obligee. This instrument shall be a continuing, absolute, unconditional and irrevocable obligation of Surety.

Any suit on this bond must be instituted before the expiration of two (2) years from the date on which the Principal's obligations arising under its Connecticut electric supplier license expire.

This instrument shall be effective upon execution and shall continue in effect until terminated by the Obligee or Surety upon thirty (30) days prior written notice to the non-terminating party.

SIGNED, SEALED AND DATED this 3rd day of April, 2018.

BlueRock Energy, Inc.

By: _____

The Hanover Insurance Company

By: _____

Erin Morrisseau, Attorney-in-Fact

Exhibit 3

The Hanover Insurance Company
P O BOX 15149
WORCESTER, MA 01615-0149



| | | | |
|---|---|---|---|
| PAYEE | CT Public Utilities Reg. Autho | CHECK NO | 72032526 |
| | | DATE ISSUED | 06/19/2020 |
| | | AMOUNT | $250,000.00 |
| | | POLICY NUMBER | BMS-1067725-01 |
| | | CLAIM NUMBER | 00-00038234-02 |
| | | DATE OF LOSS | 03/20/2020 |
| INSURED | BLUEROCK ENERGY, INC. | STAFF CODE | 2B |
| | | BCN | |
| CLAIMANT | CT Public Utilities Reg. Autho. | | |
| FOR | Full and Final Bond Settlment for the BlueRock Energy, Inc. Bond | | |
| NOTES | | | |



The Hanover Insurance Company
Deutsche Bank Trust Company Delaware, Wilmington, Delaware

62-38
311

72032526

| CLAIM NUMBER | INSURED | Staff | Date of Loss |
|---|---|---|---|
| 00-00038234-02 | BLUEROCK ENERGY, INC. | 2B | 03/20/2020 |
| POLICY NUMBER | CLAIMANT | Issued By | |
| BMS-1067725-01 | CT Public Utilities Reg. Autho. | Brian Lebrun | |

IN PAYMENT OF
Full and Final Bond Claim Settlment for the BlueRock Energy, Inc. Bond

DATE ISSUED   06/19/2020

PAY   Two hundred fifty thousand and 00/100 Dollars

PAY  $*******250,000.00

TO THE
ORDER OF:
CT PUBLIC UTILITIES REG. AUTHO
DOCKET 14-09-10
10 FRANKLIN SQUARE
NEW BRITAIN, CT 06051

**Void Void Void Void**

## ECHECK PAYMENT ADVICE

CLAIM No.: 00-00038243
BOND No.: 1067725

## <u>FULL & FINAL RELEASE AND ASSIGNMENT</u>

KNOWN ALL MEN AND WOMEN BY THESE PRESENTS:

That, for and in consideration of the sum of **Two Hundred Fifty Thousand and 00/100 Dollars ($250,000.00),** to be paid by Hanover Insurance Company, a corporation organized under the laws of the State of New Hampshire, and its subsidiaries, affiliates, parents. successors and assigns (hereinafter collectively referred to as "Hanover") the receipt and sufficiency of which is hereby acknowledged, the Undersigned does hereby release, remise, and discharge Hanover of and from any and all past, present and future liability that Hanover has had, now has, or may have, by virtue of its issuance of **Bond No. 1067725 naming BlueRock Energy, Inc., as Principal, and The State of Connecticut Public Utilities Regulatory Authority, as Obligee;** and

In further consideration of the aforesaid payment, Undersigned does hereby sell, assign, transfer and set over unto Hanover the Undersigned's claims, rights, causes of action, title and interest in and to the account which arose and became due and owing to Undersigned from Principal and does hereby irrevocably constitute and appoint Hanover, Undersigned's lawful agent and attorney-in-fact, with full power and authority for its own use and benefit, but at its own cost, to ask demand, collect, and receive and give acquittance for the same, or any part thereof, to prosecute and withdraw any suits or proceedings at law or in equity therefore. Undersigned does hereby agree to execute any and all further papers, releases and/or assignments that may be necessary to effectuate the purposes of this assignment. The rights assigned hereunder shall be in addition to those arising in law or equity in favor of a surety.

**\*\*\*The above Assignment from The Sate of Connecticut Public Utilities Regulatory Authority to Hanover is only up the amount of the $250,000.00 claim payment being made by Hanover\*\*\***

Dated this, 18 day of June , 2020.

By: The State of Connecticut Public Utilities Regulatory Authority

(Signature): _marissa P Gillett_

(Print Name & Title): _marissa P. Gillett, Chairman_

Exhibit 4

### *Wolf, Horowitz & Etlinger, LLC*
750 Main Street
Suite 606
Hartford, Connecticut 06103
(860) 724-6667
Tax ID #: 06-1457442

Brian LeBrun                                                          September 18, 2020

Hanover Insurance Company

440 Lincoln Street                                    File Number:            336.14
S456                                                  Invoice Number:         Sample
Worcester, MA 01653

RE:    BlueRock Energy/Hanover Insurance              For Services Through:  09/18/20
       Claim No: 00038234 0002
       Bond #: BMS 1067725

**FEES:**

| Date | TKID | Task | Activity | Description | Hours | Amount |
|------|------|------|----------|-------------|-------|--------|
| 08-04-20 | MMH | L120 | A108 | Communicate (other external) Email to defense counsel seeking financial disclosures | 0.10 | $22.50 |
| 08-19-20 | MMH | L430 | A103 | Draft/revise Draft motion to default defendants` | 0.30 | $67.50 |
| 09-17-20 | MMH | L120 | A103 | Draft/revise Draft client affidavit in support of motion for default judgment | 1.70 | $382.50 |
| 09-17-20 | MMH | L120 | A103 | Draft/revise Draft memorandum of law in support of motion for default judgment | 2.30 | $517.50 |

**TOTAL FEES:**                                                              **$990.00**

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | POSITION | HOURS | HOURLY RATE | TOTAL |
|------------|----------|-------|-------------|-------|
| Matthew M. Horowitz | Partner | 4.40 | $225.00 | $990.00 |

**EXPENSES:**

**TOTAL EXPENSES:**                                                          **$0.00**

| | |
|---|---:|
| **TOTAL CURRENT WORK:** | **$990.00** |
| **PREVIOUS BALANCE:** | **$2,886.90** |
| **TOTAL PAYMENTS:** | **$2,886.90** |
| **BALANCE DUE UPON RECEIPT:** | **$990.00** |

***Wolf, Horowitz & Etlinger, LLC***
750 Main Street
Suite 606
Hartford, Connecticut 06103
(860) 724-6667
Tax ID #:  06-1457442

Brian LeBrun                                                           August 6, 2020

Hanover Insurance Company

440 Lincoln Street                                    File Number:           336.14
S456
Worcester, MA 01653                                   Invoice Number:        25126

RE:   BlueRock Energy/Hanover Insurance        For Services Through:  07/31/20
      Claim No: 00038234 0002
      Bond #: BMS 1067725

**FEES:**

| Date | TKID | Task | Activity | Description | Hours | Amount |
|------|------|------|----------|-------------|-------|--------|
| 05-13-20 | MMH | L120 | A104 | Review/analyze Initial review of client file documents and statutes referenced therein | 0.80 | $180.00 |
| 05-13-20 | MMH | L120 | A106 | Communicate (with client) Initial call with client re: new matter | 0.40 | $90.00 |
| 05-13-20 | MMH | L120 | A104 | Review/analyze Review additional documents received from client from claims file after phone conversation with client | 0.30 | $67.50 |
| 05-14-20 | MMH | L120 | A104 | Review/analyze Review principal's website to determine if still operating in Connecticut and better understand nature of business | 0.30 | $67.50 |
| 05-14-20 | MMH | L120 | A104 | Review/analyze Review client file for itemization of claim | 0.10 | $22.50 |
| 05-14-20 | MMH | L120 | A106 | Communicate (with client) Email to client re: itemization of claim | 0.10 | $22.50 |
| 05-26-20 | MMH | L120 | A106 | Communicate (with client) Email to client re: obligee documentation of claim | 0.10 | $22.50 |
| 06-01-20 | MMH | L120 | A104 | Review/analyze Review letters from DPUC re: claim against principal | 0.30 | $67.50 |

| 06-01-20 | MMH | L120 | A106 | Communicate (with client) Email to client re: filing indemnity suit | 0.10 | $22.50 |
|---|---|---|---|---|---|---|
| 06-02-20 | MMH | L120 | A103 | Draft/revise Draft complaint and email to client re: same | 2.90 | $652.50 |
| 06-08-20 | MMH | L120 | A103 | Draft/revise Draft corporate disclosure and email to client re: same | 0.20 | $45.00 |
| 06-25-20 | MMH | L120 | A106 | Communicate (with client) Review email from client re: payment of claim and email to client re: status of pleadings | 0.30 | $67.50 |
| 07-06-20 | MMH | L120 | A103 | Draft/revise Draft amended complaint to include claims payment | 1.00 | $225.00 |
| 07-06-20 | MMH | L120 | A103 | Draft/revise Draft notice to court re: amendment of complaint by right | 0.20 | $45.00 |
| 07-06-20 | MMH | L120 | A108 | Communicate (other external) Call with opposing counsel re: amendment of complaint and settlement options | 0.30 | $67.50 |
| 07-06-20 | MMH | L120 | A108 | Communicate (other external) Email to opposing counsel re: amended complaint, motion to extend period for pleading, and Rule Report of Parties' Planning Conference statement | 0.20 | $45.00 |
| 07-06-20 | MMH | L120 | A106 | Communicate (with client) Multiple emails to client re: conversations with opposing counsel re: pleadings, settlement and bankruptcy exposure | 0.30 | $67.50 |
| 07-22-20 | MMH | L120 | A108 | Communicate (other external) Email to opposing counsel re: need for Report of Parties' Planning Conference report | 0.10 | $22.50 |
| 07-29-20 | MMH | L120 | A103 | Draft/revise Draft Rule 26f report | 2.20 | $495.00 |
| 07-29-20 | MMH | L120 | A106 | Communicate (with client) Email to client re: draft rule Report of Parties' Planning Conference report | 0.10 | $22.50 |
| 07-30-20 | MMH | L120 | A103 | Draft/revise Edit Rule Report of Parties' Planning Conference report | 0.30 | $67.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07-30-20 | MMH | L120 | A108 | Communicate (other external) Email to opposing counsel re: rule Report of Parties' Planning Conference report and need for conference | 0.10 | $22.50 |

**TOTAL FEES:** $2,407.50

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | POSITION | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|---|
| Matthew M. Horowitz | Partner | 10.70 | $225.00 | $2,407.50 |

**EXPENSES:**

| | | |
|---|---|---|
| 06-04-20 | Court Fees CT District Court - Complaint | 400.00 |
| 06-16-20 | Subpoena Fees Keith D. Niziankiewicz - Service upon Bluerock Energy | 79.40 |

**TOTAL EXPENSES:** $479.40

**TOTAL CURRENT WORK:** $2,886.90

**BALANCE DUE UPON RECEIPT:** $2,886.90