# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Hanover Insurance Co.,** | : | |
| Plaintiff, | | |
| v. | : | NO. 3:20cv776(JBA) |
| **Bluerock Energy, Inc.,** | | |
| Defendant. | : | |

## ORDER OF ADMINISTRATIVE DISMISSAL

On November 30, 2020, Defendant Bluerock Energy, Inc. filed a Chapter 11 voluntary bankruptcy petition in the Bankruptcy Court for the Northern District of New York (Bankruptcy Petition #20-31211-5 (wak).   In accordance with the automatic litigation stay required under 11 U.S.C. §362, and on consent of counsel, Plaintiff's Motion for Default Judgment [Doc. #18] is stayed, this case will be administratively closed and removed from the active docket until completion of these bankruptcy proceedings or other order of the Court.   Either party may move to restore this case to the active docket by filing its motion within 30 days of the earlier of the conclusion of BlueRock Energy Inc.'s bankruptcy proceedings or lifting of the automatic stay.

                                           IT IS SO ORDERED.

                                           /s/_____
                                           Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    June 23, 2021